IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| JAMES BUECHLER | * | |
| *Plaintiff,* | * | Case No. 1:11-cv-2649 |
| v. | * | |
| MONEY BOX, INC., et al. | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, James Buechler and all remaining Defendants by their respective counsel hereby stipulate to the dismissal of this action with prejudice.

Dated: November 27, 2012          Respectfully Submitted,

/s/ E. David Hoskins
E. David Hoskins, Bar No.: 06705
LAW OFFICES OF E. DAVID HOSKINS, LLC
Quadrangle Building at Cross Keys
2 Hamill Road, Ste. 362
Baltimore, Maryland  21210
(410) 662-6500 (Tel.)
(410) 662-7800 (Fax)
dhoskins@hoskinslaw.com

APPROVED THIS 28th DAY OF Nov. 2012.

George L. Russell
GEORGE L. RUSSELL, III, U.S.D.J.

1